**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JONATHAN GALANTE,<br>Defendant. | ) | 2:15-cr-00166-HDM-GWF<br><br>ORDER |

The Probation Department has submitted a report to the court and advised that the defendant is in compliance with his supervised release. The Department of Probation recommends that the defendant be terminated from location monitoring and that he be continued on his supervised release without any additional modifications. The Department of Probation further requested that the petition for a warrant filed on March 27, 2017 be withdrawn and the May 10, 2017 hearing at 1:45 PM regarding the revocation of supervised release be vacated. Accordingly, the petition for a warrant filed on March 27, 2017 (ECF No. 35) is dismissed and the May 10, 2017 hearing at 1:45 PM is vacated.

IT IS SO ORDERED.

DATED: This 3rd day of May, 2017.

Howard D McKibben

UNITED STATES DISTRICT JUDGE